People v Burbridge (2023 NY Slip Op 00333)

People v Burbridge

2023 NY Slip Op 00333

Decided on January 25, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 25, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LINDA CHRISTOPHER
JOSEPH A. ZAYAS
BARRY E. WARHIT, JJ.

2017-13450
2022-03523
2022-03524
2022-03525

[*1]The People of the State of New York, respondent,
v
Robert L. Burbridge, appellant. (Ind. Nos. 187/17, 190/17, 204/17, 205/17)

Kenyon C. Trachte, Newburgh, NY, for appellant.
David M. Hoovler, District Attorney, Goshen, NY (Robert H. Middlemiss of counsel), for respondent.

DECISION & ORDER
Appeals by the defendant from four judgments of the County Court, Orange County (Craig S. Brown, J.), all rendered November 17, 2017, convicting him of criminal sale of a controlled substance in the third degree under Indictment No. 187/17, criminal sale of a controlled substance in or near school grounds under Indictment No. 190/17, criminal sale of a controlled substance in the third degree under Indictment No. 204/17, and criminal sale of a controlled substance in the third degree under Indictment No. 205/17, upon his pleas of guilty, and sentencing him to determinate terms of imprisonment of 9 years, to be followed by a period of postrelease supervision of 2 years, on the convictions of criminal sale of a controlled substance in the third degree under Indictment Nos. 204/17 and 205/17, to run concurrently with each other and a sentence imposed on a prior conviction under Indictment No. 451/16, and determinate terms of imprisonment of 3 years, to be followed by a period of postrelease supervision of 2 years, on the convictions of criminal sale of a controlled substance in the third degree under Indictment No. 187/17 and criminal sale of a controlled substance in or near school grounds under Indictment No. 190/17, to run concurrently with each other and consecutively to the sentences imposed on the convictions under Indictment Nos. 451/16, 204/17, and 205/17.
ORDERED that the judgments are modified, as a matter of discretion in the interest of justice, by providing that the sentences imposed on the convictions under Indictment Nos. 187/17, 190/17, 204/17, and 205/17 shall run concurrently with each other, and concurrently with the sentence imposed on the prior conviction under Indictment No. 451/16; as so modified, the judgments are affirmed.
The sentences imposed were excessive to the extent indicated herein (see People v Suitte , 90 AD2d 80).
DILLON, J.P., CHRISTOPHER, ZAYAS and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court